# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VLINGO CORPORATION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. _____ |
|  | ) |
| WEBVENTION LLC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Vlingo Corporation ("Vlingo"), as and for its complaint against defendant, Webvention LLC ("Webvention"), states as follows:

### THE PARTIES

1. Vlingo is a Delaware corporation having a principal place of business at 17 Dunster Street, Cambridge, Massachusetts 02138.

2. Upon information and belief, Webvention is a Texas limited liability company having a principal place of business at 505 East Travis Street, Suite 220, Marshall, Texas 75670.

### JURISDICTION AND VENUE

3. This is an action for a declaratory judgment that Vlingo has not infringed any valid claim of expired United States Patent No. 5,251,294 ("the '294 patent").

4. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.*, and the declaratory judgment statute, 28 U.S.C. §§ 2201 *et seq.*, and is based upon an

06013332

immediate and actual justiciable controversy between the parties with respect to Webvention's allegation that Vlingo has infringed the '294 patent.

5. This Court has exclusive jurisdiction pursuant to 28 U.S.C. §§ 1338(a), 2201 and 2202.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## CLAIM FOR DECLARATORY JUDGMENT

7. Webvention claims to be the owner of the '294 patent.

8. The '294 patent has expired.

9. Webvention has filed numerous suits against third parties alleging infringement of the '294 patent.

10. In a letter dated September 15, 2011 from Webvention to Vlingo at Vlingo's place of business in Cambridge, Massachusetts, and in claim charts attached thereto, Webvention alleges that Vlingo has infringed the '294 patent by utilizing the technology claimed in claims 28, 27 and 40 thereof without the authorization of Webvention.

11. Vlingo denies that it has infringed any valid claim of the '294 patent.

12. Vlingo denies that the claims of the '294 patent are valid.

13. As a result of Webvention's allegations and litigious history, Vlingo is apprehensive that, unless Vlingo takes an unnecessary license under the '294 patent for eighty thousand dollars ($80,000.00) as Webvention demands, Webvention will file suit against Vlingo for alleged infringement of the patent.

14. Accordingly, there is an immediate and actual justiciable controversy between the parties with respect to Webvention's allegation that Vlingo has infringed the '294 patent.

15. Vlingo is entitled to a declaration that it has not infringed any valid claim of the '294 patent and that the claims of the '294 patent are not valid.

## PRAYER FOR RELIEF

**WHEREFORE**, Vlingo prays that this Court:

A. Declare that Vlingo has not infringed the '294 patent;

B. Declare that the claims of the '294 patent are invalid;

C. Award Vlingo its fees and expenses incurred in this action, and

D. Award Vlingo such other and further relief as the Court deems just and proper.

## JURY DEMAND

Vlingo demands a trial by jury on all issues so triable.

**VLINGO CORPORATION**

By: __/s/ Dean G. Bostock__
Paul J. Hayes (BBO #227,000)
Dean G. Bostock (BBO #549,747)
**HAYES BOSTOCK & CRONIN LLC**
300 Brickstone Square, 9th Floor
Andover, MA  01810
Tel:  978-809-3850
Fax:  978-809-3869
Email: phayes@hbcllc.com
         dbostock@hbcllc.com

Dated:  February 14, 2012